# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE AVALOS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>HENDERSON-PROSPECT PARTNERS II, L.P.,<br><br>　　　　Defendant. | Case No. 1:21-cv-00458-DAD-SAB<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 11)<br><br>THIRTY DAY DEADLINE |

On June 7, 2021, a notice of settlement was filed informing the Court that the parties have reached settlement resolving this action.

Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and
2. The parties shall file dispositional documents within **thirty (30) days** of the date of entry of this order.

IT IS SO ORDERED.

Dated: **June 8, 2021**

　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1